## Onofrey, Appellant, v. Susquehanna Collieries Co.

*Workmen's Compensation—Death—Evidence—Injury received in course of employment—Findings of Workmen's Compensation Board.*

A finding by the Workmen's Compensation Board that a workman did not die from an injury received in the course of his em-

ployment, will be sustained where the only evidence on the subject was in effect that on a certain night the deceased left his house at nine o'clock and returned between eleven and twelve o'clock when "he said he fell in the mines and complained of his head."

Argued April 12, 1922.    Appeal, No. 399, Jan. T., 1922, by plaintiff, from judgment of C. P. Luzerne Co., Oct. T., 1921, No. 632, dismissing appeal from order of Workmen's Compensation Board, disallowing compensation, in case of Eva Onofrey v. Susquehanna Collieries Company.    Before MOSCHZISKER, C. J., FRAZER, SIMPSON, KEPHART and SCHAFFER, JJ.    Affirmed.

Appeal from order of Workmen's Compensation Board. The opinion of the Supreme Court states the facts.

Appeal dismissed by JONES, J., adopting opinion by FULLER, P. J., ordering a hearing de novo: 21 Luzerne Leg. Reg. 189.    Plaintiff appealed.

*Error assigned,* inter alia, was judgment, quoting it.

*Roger J. Dever,* with him *Michael Donohue,* for appellant.

*Walter W. Harris,* of *Knapp, O'Malley, Hill & Harris,* for appellee, was not heard.

PER CURIAM, May 8, 1922:

Plaintiff claimed compensation for the death of her husband, Stephen Onofrey, who worked as a miner in the colliery of defendant.    The only evidence to show that the injury, which is alleged to have caused the death, occurred during the course of Onofrey's employment, or on the premises of defendant, was testimony by claimant to the effect that on a certain night her husband left his house at nine o'clock and returned between eleven and twelve o'clock, when "he said he fell in the mines and complained of his head."    On this meagre bit of proof the

compensation authorities very properly declined to find the required basic fact that Onofrey died from an injury received in the course of his employment, and the court below correctly approved their decision.

We see no error; the judgment is affirmed.